# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

SANDRA D. CARR,

Debtor.

Case No. 06-11472-RGM
(Chapter 13)

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the objection to the response of American Home Mortgage Servicing, Inc. to the Trustee's Notice of Final Cure Payment (Docket Entry 98) is sustained and the additional claim of $150.00 is disallowed . The debtor has made all payments required under her chapter 13 plan and the mortgage loan was current as of January 26, 2012.

DONE at Alexandria, Virginia, this 19th day of March, 2012.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Abby K. Moynihan
Tommy Andrews, Jr.
Thomas P. Gorman

17595